IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| GWYNIECE HUTCHINS, ) | CIVIL ACTION NO. 8:09-346-HFF |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF LABOR, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the parties' joint motion to stay the remaining deadlines in the Court's Conference and Scheduling Order pending resolution of the cross motions for summary judgment. It is hereby:

ORDERED that the joint motion is granted.

IT IS SO ORDERED.

Dated: January 6, 2010  **s/Henry F. Floyd**
Henry F. Floyd
United States District Judge

Spartanburg, South Carolina